App. Div.]            Second Department, March, 1920.

WALTER G. FREY, Respondent, v. LUTHERAN CEMETERY, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

WALTER G. FREY, Respondent, v. LUTHERAN CEMETERY, Appellant. (Appeal. No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

FRANK G. FULLGRAFF, Respondent, v. BRETT LITHOGRAPHING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

IDA GULDI, as Administratrix, etc., of ADOLPH T. GULDI, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Estate of ELLEN CONLON, Deceased. MARY CAMPBELL, Appellant; THOMAS J. TILSON, Respondent.— Decree of the Surrogate's Court of Richmond county reversed, on the ground that the ruling of the court in excluding the testimony of the witness James R. Campbell was erroneous (*Duryea* v. *Knapp*, 174 App. Div. 131; *Whitman* v. *Foley*, 125 N. Y. 651, 659; *Matter of McMillan*, 218 id. 64, 68; *Hungerford* v. *Snow*, 129 App. Div. 816), and matter remitted to said court for action, costs to abide the event. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

ALICE L. LOHN, Appellant, v. SAMUEL GELLER, Respondent.— Order affirmed, with ten dollars and disbursements. Both parties residing in Bronx county, that would appear to be the proper county for the trial. If the non-residence of some of the witnesses is called to the attention of the trial judge, we have no doubt that the trial may be set for a day which will serve the convenience of the parties. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

FRANK E. LOHN, Appellant, v. SAMUEL GELLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

MARGARET MEARA, Appellant, v. THE CITIZENS WATERWORKS COMPANY OF THE TOWN OF HIGHLANDS, Respondent.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Seeger at Special Term. [Reported in 110 Misc. Rep. 738.] Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN ORLANDO, Respondent, v. LITCHFIELD CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars cost and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

FREMONT PAYNE, Respondent, v. LAW REPORTING COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC A. LYONS, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.